ROBERT WESTPY, PLAINTIFF-RESPONDENT, v. JOHN R. BURNETT, TOWN CLERK, *ETC.*, DEFENDANT-PETITIONER.

See same case below: 82 *N. J. Super.* 239.

*Messrs. Addonizio, Sisselman, Nitti & Gordon* and *Mr. Sam Weiss* for the petitioner.

*Mr. Emil Wulster* for the respondent.

February 24, 1964.   Granted.